**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 144 MAL 2023

          Respondent         :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

          v.                     :

                              :

DAVON D. WILLIAMS,             :

                              :

          Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.